AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>NICHOLAS SAVINO<br><br>Defendant | )<br>)<br>)  Case No.  3:13 MJ-81<br>)<br>) |

FILED
SCRANTON
AUG 23 2013
PER _____ MS
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __08/16/2013__ in the county of __Lackawanna__ in the __Middle__ District of __Pennsylvania__, the defendant violated __18__ U. S. C. § __875(c) 871__, an offense described as follows:

The Defendant, NICHOLAS SAVINO, did knowingly and willfully transmit in interstate and foreign commerce from the State of Pennsylvania to the District of Columbia a communication, that is an e-mail, to the President of the United States, and the communication contained a threat to injure the President, specifically "President Obama the Anti-Christ, As a result of breaking the constitution you will stand down or you will be shot dead. The will be sent to militias throughout the country and the media. Nick Savino," in violation of 18 U.S.C. Section 875(c).
(Continued on attached sheet)

This criminal complaint is based on these facts:
See attached Affidavit of Adam Tierney, SA, United States Secret Service

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Adam Tierney
Printed name and title

Sworn to before me and signed in my presence.

Date:  __08/23/2013__

_____
Judge's signature

City and state:  __Scranton PA__    __THOMAS M. BLEWITT, U.S. MAG. JUDGE__
Printed name and title

(Continuance of Criminal Complaint)

The Defendant, NICHOLAS SAVINO, did knowingly and willfully make a threat to take the life and to inflict bodily harm upon the President of the United States, specifically, the defendant sent an e-mail to the White House that stated, "President Obama the Anti-Christ, As a result of breaking the constitution you will stand down or you will be shot dead. The will be sent to militias throughout the country and the media. Nick Savino," in violation of 18 U.S.C. Section 871(a).